# Court of Appeals
# of the State of Georgia

ATLANTA, __November 30, 2023__

*The Court of Appeals hereby passes the following order:*

**A24D0148. BREKA TINCH v. LAURIE FULLER.**

On November 6, 2023, the trial court granted Laurie Fuller an interlocutory injunction against Breka Tinch, enjoining Tinch from obstructing Fuller's driveway. Two days later, Tinch filed this pro se application for discretionary appeal. However, an order granting an interlocutory injunction is directly appealable under OCGA § 5-6-34 (a) (4).

Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Tinch shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). If Tinch already has filed a notice of appeal in the trial court, then she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __11/30/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* _____ , Clerk.